## HOHORST v. HAMBURG–AMERICAN PACKET CO.

(Circuit Court, S. D. New York. September 24, 1896.)

COSTS IN EQUITY—MASTER'S FEES.

A defendant who successfully defends himself upon an accounting before a master, so that only nominal damages are awarded against him, will not be required to pay any part of the master's fees. As the result of the litigation shows that he has been needlessly harassed, it would be inequitable to require him to share the expense thereof.

This was a suit in equity by Frederick Hohorst against the Hamburg-American Packet Company for infringement of a patent. The cause was heard upon a motion to compel payment of the master's fees. It appeared from the affidavit of the master that there had been an accounting before him, which was continued from November 15, 1894, to May 14, 1896, when he rendered a report awarding the complainant nominal damages in the sum of six cents. It further appeared that the value of the master's services was $550, of which $200 had been paid before the rendition of the report, leaving still due $350, which the master states is apportionable equally between complainant and defendant. No question was raised as to the reasonableness of the master's charges; but defendant refused to pay, on the ground that the expenses should be borne by the defeated party, while the complainant takes the position that the successful party should pay the master's fees.

Thomas Cooper Byrnes and Walter D. Edmonds, for the motion.
Logan D. Emoud and Mr. Harley, opposed.

LACOMBE, Circuit Judge. Complainant, having been defeated upon the accounting, should pay the master's fees. The result of the litigation shows that he has needlessly harassed defendant, and it would be inequitable to require defendant to pay the expenses of defending himself against an improper claim. There being nothing to contradict the master's affidavit, nor anything tending to show that his charge is unreasonable, it is fixed at $550. Complainant having already paid $200, an order may be taken requiring him to pay the additional $350.